Andrew J. Yellowbear, Jr., A.O.#3021327
Montana State Prison
700 Conley Lake Road
Deer Lodge, MT =59722=

Clerk, U.S. District Court of Wyoming
111 South Wolcott, Suite 121
Casper, WY =82601=

MONTANA STATE PRISON